

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL:RMT                                    *271 Cadman Plaza East*
F.#2012RO1575                              *Brooklyn, New York  11201*


January 9, 2013


**By Hand and ECF**

Heidi C. Cesare, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201


    Re:  United States v. Quazi Mohammad Rezwanul Ahsan Nafis
        Criminal Docket No. 12-720 (CBA)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on November 30, 2012, the government provided discovery and a letter detailing that discovery to counsel today.  This production supplements the government's November 30, 2012 and January 8, 2013 productions.

      If you have any questions please do not hesitate to contact us.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York


          By:       /s/
                  James P. Loonam
                  Richard M. Tucker
                  Assistant U.S. Attorneys
                  (718) 254-7520/6204


cc:  Clerk of the Court (CBA)(via ECF)