

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL:RMT
F.#2012RO1575

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 18, 2013

**By Hand and ECF**

Heidi C. Cesare, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

    Re:  United States v. Quazi Mohammad Rezwanul Ahsan Nafis
          Criminal Docket No. 12-720 (CBA)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on November 30, 2012, the government provided discovery and a letter detailing that discovery to counsel today.  This production supplements the government's November 30, 2012, January 8, 2013 and January 9, 2013 productions.

      If you have any questions please do not hesitate to contact us.

               Very truly yours,

               LORETTA E. LYNCH
               United States Attorney
               Eastern District of New York

       By:      /s/
           James P. Loonam
           Richard M. Tucker
           Assistant U.S. Attorneys
           (718) 254-7520/6204

cc:  Clerk of the Court (CBA)(via ECF)