

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JPL:RMT | *271 Cadman Plaza East* |
| F.#2012RO1575 | *Brooklyn, New York  11201* |

February 1, 2013

**<u>By Hand and ECF</u>**

Heidi C. Cesare, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

  Re: United States v. Quazi Mohammad Rezwanul Ahsan Nafis
    <u>Criminal Docket No. 12-720 (CBA)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, and subject to the provisions set forth in the
Stipulation and Order signed by the parties and ordered by the
Court on November 30, 2012, the government provided discovery and
a letter detailing that discovery to counsel today.  This
production supplements the government's November 30, 2012,
January 8, 2013, January 9, 2013 and January 18, 2013
productions.

  If you have any questions please do not hesitate to
contact us.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney
      Eastern District of New York


   By:    /s/
      James P. Loonam
      Richard M. Tucker
      Assistant U.S. Attorneys
      (718) 254-7520/6204


cc: Clerk of the Court (CBA)(via ECF)