

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL:RMT
F.#2012R01575

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 8, 2013

By Hand and ECF

The Honorable Carol Bagley Amon
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. Quazi Mohammad Rezwanul Ahsan Nafis
     Criminal Docket No. 12-720 (CBA)

Dear Chief Judge Amon:

   In advance of sentencing in the above-referenced
matter, the government respectfully submits the enclosed
recording of security video outside the New York Stock Exchange
on August 9, 2012.  The government anticipates moving to admit
this video, which has been marked for identification as
Government Exhibit 2, into the record during the sentencing
proceeding tomorrow.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

     By: __/s/_____
        James P. Loonam
        Richard M. Tucker
        Assistant U.S. Attorneys
        (718) 254-7520/6204

Enclosure (by hand)

cc: Clerk of Court (CBA) (by ECF)
  Heidi Cesare, Esq. (by ECF)