UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

QUAZI MOHAMMAD REZWANUL AHSAN NAFIS,
Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
12-cr-720 (CBA) **FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2013 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

On September 30, 2013, as directed by this Court, the government filed a letter which sets forth in further detail the basis for its request to maintain redacted material in its sentencing memorandum under seal. (D.E. # 49.) The government contends that the disclosure of the redacted material, which consists of statements made by Nafis during proffer sessions with the government, carries the risk of placing the defendant and his family members in danger and compromising ongoing investigations.

The Court has carefully reviewed the government's letter and is satisfied that the compelling interests it asserts outweigh the public's right of access to the sealed information. The government has provided specific reasons why the redacted descriptions in its sentencing memorandum would pose safety risks to Nafis and his family and why more limited redactions, such as the redaction of any proper names, would be inadequate. See United States v. Park, 619 F. Supp. 2d 89, 95 (S.D.N.Y. 2009). The redacted information shall remain under seal.

Dated: October 15, 2013
Brooklyn, N.Y.

s/Carol Bagley Amon
Carol Bagley Amon
Chief United States District Judge

1