# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Daniel Habib
*Attorney-in-Charge*

April 28, 2025

**BY ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *United States v. Quazi Mohammed Rezwanul Ahsan Nafis,*
> **12 Cr. 720 (CBA)**

Honorable Judge Amon,

I write to request that the Court decide the pending motion for a sentence reduction in the above-captioned case, ECF Docket No. 64. Mr. Nafis filed his motion for a sentence reduction in July 2024. This Court previously ordered the government to respond to this motion by August 2024. However, to date, the government has not responded. This Court should decide Mr. Nafis's pending motion and grant the requested sentence reduction. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel
Assistant Federal Defender

cc:    Government Counsel (by ECF)

1